■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE NICHOLS, Appellant. [996 NYS2d 528]—Appeal from judgment, Supreme Court, New York County (Jill Konviser, J.), rendered May 8, 2012, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of two years, with three years' postrelease supervision, unanimously dismissed, as moot.

Since defendant does not challenge his conviction, and seeks

no relief other than a reduction of the postrelease supervision component of his sentence, which he has already satisfied, this appeal is moot. Concur—Sweeny, J.P., DeGrasse, Manzanet-Daniels, Feinman and Gische, JJ.